IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00476-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      DAVID A. YOST, and
**2.**      **PAULA A. YOST,**

        Defendants.

---

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition

**(#87)** on November 25, 2008, by Defendant Paula Yost.  The Court construes this Notice as a

motion to change her plea and to have the Court consider the terms of the parties' plea

agreement.

      **IT IS THEREFORE ORDERED** that:

1.      Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

        pending determination of those matters.

2.      A Change of Plea hearing is set for **March 9, 2009,** at **10:45 a.m.** in the United

        States District Court for the District of Colorado, Courtroom A901, Alfred A.

        Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either  Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*

3.    The final trial preparation conference set for January 16, 2009, and the January

20, 2009, trial date are **VACATED**.

Dated this 1st day of December, 2008.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge